437 A.2d 942

**COMMONWEALTH of Pennsylvania**

v.

**Geraldine LUCAS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

F. Emmet Ciccone, Philadelphia, court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Order Affirmed.